JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT ROMERO VEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. ED CV 14-1405-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded with instructions to the Commissioner to award benefits consistent with the Memorandum Opinion and Order.

Dated: May 08, 2015

**DOUGLAS F. McCORMICK**

———————————————
DOUGLAS F. McCORMICK
United States Magistrate Judge