*Previous Judgment coded JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT ROMERO VEGA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 14-1405-DFM<br><br><br>AMENDED JUDGMENT |

In accordance with the Memorandum Opinion and Order filed on May 8, 2015 and the Order Granting Commissioner's Motion to Amend Judgment filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: July 3, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge