1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5

6  Attorneys for Plaintiff
   Vincent Romero Vega

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| VINCENT ROMERO VEGA, | ) Case No.: 5:14-cv-01405-DFM |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

17

           Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

           IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,

be awarded subject to the terms of the Stipulation.

DATE:   September 21, 2015

                              DOUGLAS F. McCORMICK

                              _____
                              THE HONORABLE DOUGLAS F. MCCORMICK
                              UNITED STATES MAGISTRATE JUDGE

-1-